# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Public Warehousing Company, K.S.C. | ) | ASBCA No. 56116 |
| | ) | |
| Under Contract Nos. SPO300-03-D-3061 | ) | |
| SPM300-05-D-3119 | ) | |
| SPM300-05-D-3128 | ) | |

APPEARANCES FOR THE APPELLANT:    Michael R. Charness, Esq.
Jamie F. Tabb, Esq.
  Vinson & Elkins LLP
  Washington, DC

APPEARANCE FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
  Defense Logistics Agency
  Fort Belvoir, VA

## ORDER OF DISMISSAL

On 25 September 2009, the Board dismissed this appeal without prejudice to *de novo* review of an 18 July 2007 contracting officer's final decision, as supplemented on 24 April 2009, in any subsequent appeal. Pursuant to an agreement between the parties, appellant has now moved to convert the Board's dismissal without prejudice to a dismissal with prejudice. DLA does not oppose the motion. Accordingly, the Board has reinstated this appeal to its active docket and hereby dismisses the appeal with prejudice.

Dated: 13 June 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 56116, Appeal of Public Warehousing Company, K.S.C., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals